

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2019

No. 04-17-00558-CV

**KONARK LIMITED PARTNERSHIP** (Cross- Appellee),
Appellant

v.

**BTX SCHOOLS, INC**. and Basis Schools (Cross- Appellants),
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-01954
Honorable Laura Salinas, Judge Presiding

## **O R D E R**

Sitting:      Sandee Bryan Marion, Chief Justice
                Marialyn Barnard, Justice (not participating)
                Patricia O. Alvarez, Justice

The panel has considered the motion for rehearing, and the motion is DENIED.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court